UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LUIS E. CHIMBORAZO MAYANCELA,

             Petitioner,                Case No. 1:25-cv-1703

v.                                     Honorable Jane M. Beckering

KEVIN RAYCRAFT et al.,

             Respondents.

_____/

## ORDER

Petitioner Luis E. Chimborazo Mayancela initiated this action on December 9, 2025, by filing a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) At the time the petition was filed, Petitioner was a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan. In an Order (ECF No. 3) entered on December 12, 2025, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted.

On December 16, 2025, counsel for the Petitioner filed a Stipulation of Dismissal. (ECF No. 4.) In the Stipulation, the Petitioner and the Federal Respondents "stipulate to a dismissal of this action without prejudice and without costs of attorney's fees to any party." (*Id.*, PageID.18.) According to the stipulation, Petitioner has been released from custody. (*Id.*) Accordingly,

**IT IS ORDERED** that The GEO Group, Inc., and Unknown Party, referred to as the Warden of the North Lake Processing Center, are **DISMISSED** as Respondents to this action.[1]

---

[1] *See Roman v. Ashcroft*, 340 F.3d 314 (6th Cir. 2003).

**IT IS FURTHER ORDERED** that pursuant to the Stipulation of Dismissal, this action is **DISMISSED** as to the Federal Respondents (Kevin Raycraft, Kristi Noem, the United States Department of Homeland Security, and Pamela Bondi), and the Clerk of Court is directed to terminate this action.


Dated:     December 18, 2025                    /s/ Jane M. Beckering
                                                  Jane M. Beckering
                                                  United States District Judge